UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO VAZQUEZ,

        Plaintiff,

against

33 CAPTAIN'S CAFE, LLC, et al.,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 9730 (LTS) (SLC)

**AMENDED SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Status Conference previously scheduled for Wednesday, January 23, 2020 at 10:00 am is ADJOURNED to **Wednesday, January 23, 2020 at 10:30 am** in Courtroom 18A, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

The Clerk of Court is respectfully directed to update the conference time.

Dated:    New York, New York
          January 6, 2020

                           SO ORDERED

                           _____
                           SARAH L. CAVE
                           **United States Magistrate Judge**