UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO VAZQUEZ,

               Plaintiff,

  -v-

33 CAPTAIN'S CAFE, LLC, et al.,

               Defendants.

CIVIL ACTION NO.: 18 Civ. 9730 (LJL) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge:

By **April 15, 2021** the parties are ordered to file a joint status report informing the Court as to any remaining discovery, the parties' settlement negotiations, and whether they are prepared to move forward with dispositive motions.

Dated:    New York, New York
            March 31, 2021

                                  SO ORDERED

                                  */s/ Sarah L. Cave*
                                  **SARAH L. CAVE**
                                  **United States Magistrate Judge**