UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO VAZQUEZ,

                Plaintiff,

-v-

33 CAPTAIN'S CAFE, LLC, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9730 (LJL) (SLC)

**ORDER FOR STATUS REPORT**

**SARAH L. CAVE,** United States Magistrate Judge:

By Order dated March 31, 2021, the Court directed the parties to file by April 15, 2021 a joint status report regarding any remaining discovery, the parties' settlement negotiations, and whether they are prepared to move forward with dispositive motions (the "March 31, 2021 Order").  (ECF No. 28).  The parties failed to comply with the March 31, 2021 Order.

Accordingly, by **April 22, 2021**, the parties shall file a joint status report in compliance with the March 31, 2021 Order.  Failure to comply with this Order may cause the Court to issue an order to show cause why this case should not be dismissed for failure to prosecute.  Fed. R. Civ. P. 41(b).

Dated:       New York, New York
              April 16, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**