```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ORLANDO VAZQUEZ,                                                 :
                                                                 :
                              Plaintiff,                         :
                                                                 :       18-cv-9730 (LJL)
              -v-                                                :
                                                                 :          ORDER
33 CAPTAIN'S CAFÉ, LLC, et al.,                                  :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021

LEWIS J. LIMAN, United States District Judge:

Parties are directed to appear for a telephonic conference on April 29, 2021 at 4:00 p.m. The parties will address scheduling for the filing of a joint pre-trial order and for trial. Parties are directed to dial 888-251-2909 and use access code 2123101.

Parties are directed to file a joint letter updating the Court on the status of the case by April 23, 2021 at 5:00 p.m. The letter must be no more than 3 single spaced pages and should include the following information in separate paragraphs:

(1) all existing deadlines, due dates, and/or cut-off dates;
(2) a brief description of any outstanding motions;
(3) a brief description of the status of discovery and of any additional discovery that remains to be completed;
(4) the status of settlement discussions
(5) the anticipated length of trial and whether the case is to be tried to a jury;
(6) whether the parties anticipate filing motions for summary judgment; and any other issue that the parties would like to address at the pretrial conference or any other information that the parties believe may assist the Court.

SO ORDERED.

Dated: April 20, 2021
       New York, New York                              _____
                                                              LEWIS J. LIMAN
                                                         United States District Judge