UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO VAZQUEZ,

                    Plaintiff,

-v-                                      CIVIL ACTION NO.: 18 Civ. 9730 (SLC)

**ORDER**

33 CAPTAIN'S CAFE, LLC, et al.,

                    Defendants.

**SARAH L. CAVE**, United States Magistrate Judge.

On April 30, 2021, the parties advised the Court that they have reached a settlement in principle and were in the process of drafting the written settlement agreement. (ECF No. 34). On May 3, 2021, the Honorable Lewis J. Liman directed the parties to submit to the Court by June 2, 2021 "a joint letter explaining the basis for the proposed settlement and why it should be approved as fair and reasonable, with reference to the factors discussed in Wolinsky v. Scholastic, Inc., 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012)." (ECF No. 35 (the "May 3, 2021 Order")). On May 19, 2021, the parties consented to the jurisdiction of a United States Magistrate Judge for all purposes. (ECF No. 37).

To date, the parties have not submitted the required joint letter. Accordingly, by **June 18, 2021**, the parties shall file a joint letter in compliance with the May 3, 2021 Order. A copy of the settlement agreement itself must accompany the joint letter.

Dated:      New York, New York                SO ORDERED
             June 4, 2021

                                                  _____
                                                  **SARAH L. CAVE**
                                                  **United States Magistrate Judge**