# SAMUEL & STEIN

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563 - 9884 | FAX: (212) 563 - 9870 | WEBSITE: www.samuelandstein.com

| **DAVID STEIN** | June 17, 2021 | ADMITTED IN |
|---|---|---|
| dstein@samuelandstein.com | | NY, NJ, PA, IL, DC |

**VIA ECF**

Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: <u>Vazquez v. 33 Captain's Cafe, LLC, et al.</u>
     *Docket No. 18-cv-9730 (SLC)*

Dear Magistrate Judge Cave:

  We represent plaintiff Orlando Vazquez in the above-referenced matter, and we write jointly with defendants' counsel, Kelly Paul Peters, Esq., to request a one-week extension of the *Cheeks* submissions deadline. Drafts of a written settlement agreement have gone back-and-forth among counsel, but the parties are still negotiating the final language of the release. Mr. Peters is not presently in New York, so we need a bit more time to finalize the agreement, obtain client signatures, and make our submissions. We are optimistic that we can submit all fairness papers by June 25.

  We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

         Respectfully submitted,

         */s/ David Stein*
         David Stein

cc: Kelly Paul Peters, Esq. (via email)

---

The parties' request for a extension of time until **June 25, 2021** to file their <u>Cheeks</u> submissions (ECF No. 39) is GRANTED.

The Clerk of Court is respectfully directed to close ECF No. 39.

SO ORDERED  6/18/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge